UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                              Case Nos.    5:03cr5/MCR/GRJ
                                             5:13cv409/MCR/GRJ

JACKIE L. FREEMAN

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 6, 2014.  (Doc. 152).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and Defendant's objections thereto timely filed (doc. 154), the Court has determined that the Report and Recommendation should be adopted.[1]

Accordingly, it is now ordered as follows:

1.     Defendant's motion to vacate, set aside, or correct sentence (doc. 151) is **DENIED and DISMISSED** as untimely.

---

[1] Even if the Court considered the merits of Defendant's argument that he cannot be convicted of both armed bank robbery, 18 U.S.C. § 2113(d), and use of a firearm during a crime of violence, 18 U.S.C. § 924(c), because there was only one firearm in use, the decision would be the same.  The Eleventh Circuit has rejected this argument, explaining that the Double Jeopardy Clause prohibits a court from "imposing greater punishment than intended by Congress" but not from "imposing the exact punishment intended by Congress." *United States v. Bauer*, 956 F.2d 239, 241 (11th Cir.), *cert. denied*, 506 U.S. 976 (1992); *see United States v. Dowd*, 451 F.3d 1244, 1251-52 (11th Cir.), *cert. denied*, 549 U.S. 941 (2006).  Congress explicitly authorized cumulative punishment in Section 924(c).  *Bauer*, 956 F.2d at 241 (citing *United States v. Ricks*, 817 F.2d 692, 699 (11th Cir. 1987)).  Therefore, Defendant's argument would not succeed even if he could establish an exception to the statute of limitations.

2.  A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 9th day of June, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**